| | |
|---|---|
| Jeremy T. Bergstrom, Esq. | E-filed on <u>September 18, 2009</u> |
| Attorney Bar No. 6904 | |
| MILES, BAUER, BERGSTROM & WINTERS, LLP | |
| 2200 Paseo Verde Pkwy., Suite 250 | |
| Henderson, NV  89052 | |
| (702) 369-5960 / FAX (702) 369-4955 | |
| File No. 09-94976 | |

Attorneys for Secured Creditor
BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re, | BK No.: BK-S-09-26240-MKN |
| ROSITA C. DEL ROSARIO AKA ROSITA L. DEL ROSARIO AKA ROSITA CORAZON CO DEL ROSARIO, | Chapter 13 |
| | **REQUEST FOR SPECIAL NOTICE** |
| Debtor(s). | |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

     PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

     Jeremy T. Bergstrom, Esq.
     MILES, BAUER, BERGSTROM & WINTERS, LLP
     2200 Paseo Verde Pkwy., Suite 250
     Henderson, NV  89052
     PH (702) 369-5960

                                      MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated:  <u>September 17, 2009</u>    By:   <u>/s/ Jeremy T. Bergstrom, Esq.</u>
                                               Jeremy T. Bergstrom, Esq.
                                               Attorney for Secured Creditor

1

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on   September 18, 2009   , a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

ATTORNEY FOR DEBTOR:
Christopher Gellner
528 So. Casino Cnt Blvd 3rd Flr
Las Vegas, NV 89101

CHAPTER 13 TRUSTEE:
Rick A. Yarnall
701 Bridger Ave. #820
Las Vegas, NV 89101

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　 /s/  Michelle Benson
　　　　　　　　　　　　　　　　　　An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(09-94976/rfsnlv.dot/mlb)**